# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Dec 13, 2023 12:21PM

William Parker

| Rcpt. No: 200007000 | Trans. Date: Dec 13, 2023 12:21PM | | | Cashier ID: #JN |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | INSERT CASE NUMBER | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28944831036 | 12/13/2023 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

2:23-cv- 2102

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.