IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) <br> ) <br> ) No. 2:23-cv-2102 <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) JURY TRIAL DEMANDED <br> EDWARD C. GAINEY, et al., ) <br> ) <br> Defendants. ) |

## STIPULATION FOR EXTENSION OF TIME

And now come the Parties, Plaintiff and Defendant City of Pittsburgh ("the City"), who stipulate, pursuant to Local Civil Rule 7(E), that the City shall file its response to the Plaintiff's Complaint on or before Friday, February 16, 2024.

Plaintiff

*/s/ William Parker*
William Parker (pro se)
4808 Brown Way
Pittsburgh, PA 15224
Parkerlegal412@gmail.com

Attorney for Defendant City of Pittsburgh

/s/ *Hillary M. Weaver*
Hillary M. Weaver, Esquire
City of Pittsburgh Law Department
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 255-2014
hillary.weaver@pittsburgh.gov