AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| WILLIAM PARKER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-2102 |
| EDWARD C. GAINEY, ET AL., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Edward C. Gainey, City of Pittsburgh, Bethany Hallam, Michael Gay, Larry Scirotto, Kerry Ford, Lawrence Ferrilli.

Date: 1/26/2024

s/Hillary M. Weaver, City Solicitor
*Attorney's signature*

Hillary M. Weaver, PA ID No. 322545
*Printed name and bar number*

City of Pittsburgh, Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219
*Address*

hillary.weaver@pittsburghpa.gov
*E-mail address*

(412) 255-2014
*Telephone number*

(412) 255-2285
*FAX number*