AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| WILLIAM PARKER<br>*Plaintiff*<br>v.<br>EDWARD C. GAINEY, ET AL.,<br>*Defendant* | )<br>)<br>)  Case No. 2:23-cv-2102<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Edward C. Gainey, City of Pittsburgh, Bethany Hallam, Michael Gay, Larry Scirotto, Kerry Ford, Lawrence Ferrilli                                                                                                                               .

Date:        1/26/2024

s/Krysia M. Kubiak, City Solicitor
*Attorney's signature*

Krysia M. Kubiak, PA ID No. 90619
*Printed name and bar number*

City of Pittsburgh, Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219
*Address*

krysia.kubiak@pittsburghpa.gov
*E-mail address*

(412) 255-2001
*Telephone number*

(412) 255-2285
*FAX number*