IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | CIVIL ACTION |
| Plaintiff, | No.   2:23-cv-2102 |
| v. | |
| EDWARD C. GAINEY, ET AL., | Judge J. Nicholas Ranjan |
| Defendants. | **ELECTRONICALLY FILED** |

## MOTION FOR WITHDRAWAL OF APPEARANCE PURSUANT TO LC v R 83.2 (c)(4)

AND NOW comes the Defendant, City of Pittsburgh, and sets forth the following in support of its Motion for Withdrawal of Appearance Pursuant to LC v R 83.2 (c)(4):

1. The undersigned have entered an appearance in this action on behalf of the Defendant Bethany Hallam.

2. The undersigned entered an appearance for Bethany Hallam erroneously and ask that the appearance be withdrawn for this defendant.

**WHEREFORE**, the undersigned request that the Court grant their Motion for Withdrawal.

Respectfully submitted,

*/s/ Julie E. Koren*
Julie E. Koren
Associate City Solicitor
PA I.D. #309642

*/s/ Hillary M. Weaver*
Hillary M. Weaver
Assistant City Solicitor
PA I.D. #322545

*/s/ Krysia M. Kubiak*
Krysia M. Kubiak
City Solicitor
PA I.D. #90619

City of Pittsburgh Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219

julie.koren@pittsburghpa.gov
(412) 255-2032

hillary.weaver@pittsburghpa.gov
(412) 255-2014

krysia.kubiak@pittsburghpa.gov
(412) 255-2001