## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | CIVIL ACTION |
| Plaintiff, | No. 2:23-cv-2102 |
| v. | |
| EDWARD C. GAINEY, ET AL., | Judge J. Nicholas Ranjan |
| Defendants. | |
| | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, the Motion for Withdrawal by Attorneys Julie E. Koren, Hillary M. Weaver and Krysia M. Kubiak is **GRANTED**.

BY THE COURT,

_____
J.