IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER, | ) ) ) | No. 2:23-cv-2102 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF CONFERRAL**

Undersigned counsel for the City of Pittsburgh ("City") certifies that she has made good-faith efforts to confer with Mr. Parker to determine whether the identified pleading deficiencies may be cured by amendment.

Undersigned counsel e-mailed Mr. Parker a letter on December 22, 2023, outlining the deficiencies in his Complaint. On January 2, 2024, Mr. Parker indicated he would amend his Complaint "after all defendants have received their summons." The parties agreed to stipulate to an extension for the City's response so that Mr. Parker could file an Amended Complaint if he so chose. To date, Mr. Parker has not amended his Complaint, necessitating the filing of this Motion in order to adhere to the deadline for responding to Mr. Parker's Complaint.

Respectfully submitted,

*/s/ Hillary M. Weaver*
Hillary M. Weaver, Esquire
Assistant City Solicitor
PA I.D. No. 322545
City of Pittsburgh Department of Law
313 City-County Building

                                                  414 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 255-2014
                                                  hillary.weaver@pittsburghpa.gov
                                                  *Counsel for City of Pittsburgh*