IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER, | ) ) ) | No. 2:23-cv-2102 |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW**, this ____ day of _____, 2024, upon consideration of the City of Pittsburgh's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. All claims against Defendant the City of Pittsburgh hereby DISMISSED.

_____
J. Nicholas Ranjan
United States District Judge