IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER,<br><br>          Plaintiff,<br><br>vs.<br><br>EDWARD C. GAINEY, et al.,<br><br>          Defendants. | 2:23-cv-2102-NR |

## **ORDER**

AND NOW, this 20th day of February, 2024, it is hereby ORDERED that, upon the filing of Defendant City of Pittsburgh's recent Motion to Dismiss for Failure to State a Claim (ECF 11), Mr. Parker shall file a brief in response to the motion on or before **March 12, 2024**, not to exceed 20 pages in length. Defendant's reply brief due by **March 19, 2024**, not to exceed 10 pages in length.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:

WILLIAM PARKER
4808 BROWN WAY
PITTSBURGH, PA 15224