IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD C. GAINEY, *et al.*,<br><br>　　　　　Defendants. | 2:23-cv-2102-NR |

## ORDER

AND NOW, this 15th day of March, 2024, it is hereby ORDERED that Mr. Parker's Motion to Extend Time (ECF 14) is GRANTED. Mr. Parker shall file his response to the City of Pittsburgh's motion to dismiss (ECF 11) on or before **March 29, 2024**. City of Pittsburgh's reply brief due by **April 5, 2024**. The brief in response shall not exceed 20 pages in length; the reply brief shall not exceed 10 pages in length.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:

William Parker
4808 Brown Way
Pittsburgh, PA 15224