IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) |
| Plaintiff, | ) 2:23-cv-2102-NR |
| vs. | ) |
| EDWARD C. GAINEY, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 26th day of March, 2024, it is hereby ORDERED that Mr. Parker shall file his brief in response to Defendant Bethany Hallam's pending Motion to Dismiss (ECF 17) on or before **April 16, 2024**; Ms. Hallam's reply brief is due by **April 30, 2024**. No brief shall exceed 10 pages in length.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:

William Parker
4808 Brown Way
Pittsburgh, PA 15224