## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WILLIAM PARKER, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:23-cv-2102 |
| v. | ) ) ) | |
| BETHANY HALLAM, et al., | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

### CERTIFICATE OF CONFERRAL

Undersigned counsel for Defendant Bethany Hallam certifies that he and the Defendant have made good faith efforts to confer with Mr. Parker to determine whether the identified pleading deficiencies may be cured by amendment.

Defendant has personally advised Mr. Parker that she, as an Allegheny County elected official, had nothing to do with the circumstances complained of in the complaint filed by Mr. Parker. Attempts have been made to persuade Mr. Parker that Defendant Hallam should not be a party to this lawsuit since she no control whatsoever over the City of Pittsburgh, its police department, and its employees. Mr. Parker has been told that Defendant Hallam could have played no part in the circumstances about which he complains in this lawsuit. Undersigned counsel has also attempted to confer with Mr. Parker via telephone about these matters. However, those attempts proved unsuccessful, necessitating the filing of the Motion within the deadline established by the date of service of the complaint.

Respectfully Submitted,

Elisabeth Bennington, Esq.
PA ID No. 85512
Brad R. Korinski, Esq.
PA ID No. 86831

Bennington Law Firm, LLC
5854 Ellsworth Avenue
Pittsburgh, PA 15232
(412) 760-7848
ebennington@bennington-law.com
bkorinski@bennington-law.com
Counsel for Defendant Bethany Hallam