## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | |
| Plaintiff, | No. 2:23-cv-2102 |
| v. | |
| BETHANY HALLAM, et al., | JURY TRIAL DEMANDED |
| Defendants. | |

### ORDER OF COURT

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendant Bethany Hallam's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. All claims against Defendant Bethany Hallam are hereby DISMISSED.

_____
J. Nicholas Ranjan
United States District Judge