**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM PARKER, | ) | |
| | ) | |
| | ) | No. 2:23-cv-2102 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER OF COURT</u>

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Mayor Edward Gainey's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and all claims are dismissed against Mayor Edward Gainey.

_____
J. Nicholas Ranjan
United States District Judge