IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) |
| Plaintiff, | ) No. 2:23-cv-2102 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2024, upon consideration of Defendant Michael Gay's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The following claims are dismissed against Defendant Michael Gay:

- Fourth Amendment malicious prosecution
- Fourteenth Amendment failure to train, discipline, and/or supervise
- Second set of Fourth Amendment and First Amendment claims

_____
J. Nicholas Ranjan
United States District Judge