IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. J. Nicholas Ranjan |
| | ) | |
| v. | ) | 2:23-cv-2102-NR |
| | ) | |
| EDWARD GAINEY, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LARRY SCIROTTO'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Chief Larry Scirotto ("Chief Scirotto") respectfully submits this Motion to Dismiss the Fourth Amendment malicious prosecution claim, Fourteenth Amendment claim, and duplicative First Amendment and Fourth Amendment claims filed against him by Plaintiff William Parker ("Mr. Parker").

1. Mr. Parker filed the instant action against Chief Scirotto and other defendants alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. The complaint sets forth the following claims against Chief Scirotto: (1) Fourth Amendment excessive force; (2) Fourth Amendment false arrest; (3) Fourth Amendment malicious prosecution; (4) First Amendment retaliation; (5) a second claim of First Amendment retaliation; (6) a second claim of Fourth Amendment excessive force, false arrest, and malicious prosecution; and (7) a Fourteenth Amendment claim for failure to train, discipline, or supervise. *Id.*

3. Mr. Parker's Complaint alleges that Chief Scirotto "filed and/or participated in the filing of criminal charges against the plaintiff which were not supported by probable cause and were based upon false accusations made by these defendants that plaintiff had engaged in criminal activity, including false allegations that the plaintiff assaulted defendants Officer Michael Gay and Bethany Hallam and/or engaged in disorderly conduct." *Id.* ¶ 39.

1

4. Mr. Parker fails to include any facts to support his conclusion that Chief Scirotto "filed and/or participated in the filing of charges against the plaintiff," which is required to state a claim for malicious prosecution.

5. Based on these facts, Mr. Parker has failed to state a claim against Chief Scirotto for malicious prosecution.

6. Even if there are sufficient facts to state a claim for malicious prosecution, Chief Scirotto is entitled to qualified immunity.

7. Mr. Parker also states a Fourteenth Amendment claim against Chief Scirotto for failure to train, discipline, and/or supervise. *Id.* ¶¶ 45-51.

8. To the extent Mr. Parker is stating claims related to his arrest and prosecution under the Fourteenth Amendment, Mr. Parker cannot bring such claims because they are properly brought under the Fourth Amendment. *See Albright v. Oliver*, 510 U.S. 266, 273 (1994).

9. To the extent Mr. Parker is stating a *Monell* claim against Chief Scirotto, this claim fails as a matter of law because *Monell* claims cannot be brought against individual defendants. *See Lepre v. Lukus*, 602 F. App'x 864, 869 n.4 (3d Cir. 2015).

10. Mr. Parker also states a second set of First and Fourth Amendment claims against Chief Scirotto that stem from the same incident as his first set of claims. *Id.* ¶¶ 45-51. These claims should be dismissed because they are redundant.

11. For these reasons, Chief Scirotto respectfully requests that this Court dismiss Mr. Parker's malicious prosecution claim, Fourteenth Amendment claim, and second set of Fourth Amendment and First Amendment claims against him, as explained in further detail in his Brief accompanying this motion.

12. A proposed order is attached.

                          Respectfully submitted,

                          KRYSIA KUBIAK
                          City Solicitor

                          */s/ Hillary M. Weaver*
                          Hillary M. Weaver, Esquire
                          Assistant City Solicitor
                          PA I.D. No. 322545
                          City of Pittsburgh Department of Law
                          313 City-County Building
                          414 Grant Street
                          Pittsburgh, PA  15219
                          (412) 255-2014
                          hillary.weaver@pittsburghpa.gov
                          *Counsel for Chief Larry Scirotto*

## **CERTIFICATE OF SERVICE**

I, Hillary M. Weaver, hereby certify that I caused a copy of Larry Scirotto's Partial Motion to Dismiss and Brief in Support thereof to be served upon the following via electronic mail:

Mr. William Parker
Parkerlegal412@gmail.com
*Pro Se Plaintiff*

Date: May 10, 2024                                    */s/ Hillary M. Weaver*
                                                                  Hillary M. Weaver, Esquire
                                                                  Assistant City Solicitor
                                                                  *Counsel for Chief Larry Scirotto*