IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) |
| Plaintiff, | ) 2:23-cv-2102-NR |
| vs. | ) |
| EDWARD C. GAINEY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 13th day of May, 2024, it is hereby ORDERED that Mr. Parker shall file an omnibus or combined brief in response to Defendants Gainey, Ford, Gay and Scirotto's recently filed motions to dismiss (ECF 21, 23, 25, and 27) on or before **June 10, 2024**. Mr. Parker is granted leave to include responses to the City of Pittsburgh and Ms. Hallam's previously filed motions to dismiss (ECF 11 and 17) as part of his omnibus brief. Defendants' respective reply briefs are due by **July 1, 2024**.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
William Parker
4808 Brown Way
Pittsburgh, PA 15224