IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER ) | No. 2:23-cv-2102 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| EDWARD C. GAINEY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF CONFERRAL

Undersigned counsel for William Parker certifies that he has made a good-faith effort to confer with counsel for the City of Pittsburgh, Mr. Gainey, Officer Gay, Officer Scirotto, Officer Ford, and Officer Ferrilli. Additionally, undersigned counsel has made a good-faith effort to confer with counsel for Ms. Hallam for consent to the motion to amend complaint.

Counsel for the City of Pittsburgh, Mr. Gainey, Officer Gay, Officer Scirotto, Officer Ford, and Officer Ferrilli consented to the Motion on June 6, 2024. Counsel for Ms. Hallam consented on June 10, 2024.

Respectfully submitted,

SMT LEGAL

Date: 6/10/2024

/s/Ryan Nye Gailey
Ryan Nye Gailey, Esquire
*Attorney for Plaintiff*
PA ID No. 329782
114 Smithfield Street
Pittsburgh, PA 15222
rgailey@smt.legal