IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER, | ) | No. 2:23-cv-2102 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al. | ) ) | |
| Defendants. | ) | |

## **ORDER**

**AND NOW**, to wit, this _____ day of _____, 2024, upon consideration of the Plaintiff's Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), it is hereby

**ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED**.  Plaintiff shall file an amended complaint on or before the 25th day of July 2024

BY THE COURT:

_____
J. Nicholas Ranjan
United States District Judge