IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER | : | CIVIL DIVISION |
| Plaintiff, | : | No. 2:23-cv-2102 |
| v. | : | **Type of Pleading:** |
| EDWARD C. GAINEY, et al. | : | **CERTIFICATE OF SERVICE OF AMENDED COMPLAINT** |
| Defendants. | : | **Filed on Behalf of:** |
| | : | Plaintiff |
| | : | **Counsel of Record for This Party:** |
| | : | SMT LEGAL |
| | : | Ryan Nye Gailey, Esq.<br>P.A. ID# 329782<br>rgailey@smt.legal |
| | : | **Address:**<br>SMT LEGAL<br>114 Smithfield Street<br>Pittsburgh, PA 15222 |
| | : | **Telephone No.:**<br>(412) 765-3345 |
| | : | <u>**JURY TRIAL DEMANDED**</u> |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| WILLIAM PARKER | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | CIVIL DIVISION |
| | : | |
| v. | : | No. 2:23-cv-2102 |
| | : | |
| EDWARD C. GAINEY, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED COMPLAINT

I, Ryan Nye Gailey, Esquire, hereby certify that a true and correct copy of Plaintiff's AMENDED COMPLAINT have been served this 25th day of July, 2024, by electronic mail and/or U.S. Postal Service, upon the following:

| | |
|---|---|
| Hillary Weaver<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2014<br>Email: hillary.weaver@pittsburghpa.gov | Juliana Tindall<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2015<br>Email: juliana.tindall@pittsburghpa.gov |
| Julie E. Koren<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2032<br>Email: julie.koren@pittsburghpa.gov | Krysia Kubiak<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2001<br>Email: krysia.kubiak@pittsburghpa.gov |
| Elisabeth Bennington<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776<br>Email: ebennington@bennington-law.com | Brad Korinski<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776<br>Email: bkorinski@bennington-law.com |

|  |  |
|---|---|
| Date: 7/25/2024 | Respectfully submitted,<br>SMT LEGAL<br>/s/Ryan Nye Gailey<br>Ryan Nye Gailey, Esquire<br>*Attorney for Plaintiff*<br>PA ID No. 329782<br>114 Smithfield Street<br>Pittsburgh, PA 15222<br>rgailey@smt.legal |