IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WILLIAM PARKER, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD C. GAINEY, et al., )<br>)<br>　　　　Defendants. ) | No. 2:23-cv-2102<br><br>JURY TRIAL DEMANDED |

**MOTION TO EXTEND TIME FOR CITY DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants the City of Pittsburgh, Mayor Edward Gainey, Chief Larry Scirotto, Detective Kerry Ford, Detective Michael Gay, and Detective Lawrence Ferrilli ("City Defendants"), by and through their undersigned counsel, respectfully request an extension of time for City Defendants to respond to Mr. Parker's Amended Complaint at ECF No. 33.

1. On December 13, 2023, *pro se* Plaintiff Mr. Parker filed suit against City Defendants and Allegheny County Councilwoman Bethany Hallam alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. On February 16, 2024, the City of Pittsburgh filed a Motion to Dismiss all claims against it. ECF Nos. 11, 12.

3. On February 20, 2024, this Honorable Court ordered Mr. Parker to file a response to the City's Motion to Dismiss by March 12, 2024. ECF No. 13. Mr. Parker did not file response.

1

4. On May 10, 2024, Mayor Gainey filed a Motion to Dismiss all claims against him. ECF Nos. 21, 22.

5. On May 10, 2024, Chief Scirotto, Detective Ford, and Detective Gay filed partial Motions to Dismiss some of the claims against them. ECF Nos. 23, 24 (Detective Ford); ECF Nos. 25, 26 (Detective Gay); ECF Nos. 27, 28 (Chief Scirotto).

6. On May 13, 2024, this Honorable Court ordered Mr. Parker to file an omnibus response to Mayor Gainey, Chief Scirotto, Detective Ford, and Detective Gay's Motions to Dismiss by June 10, 2024. This Court also provided Mr. Parker additional time to respond to the City's Motion to Dismiss by June 10, 2024. ECF No. 29. Mr. Parker did not file an omnibus response.

7. On June 10, 2024, Attorney Gailey entered his appearance on behalf of Mr. Parker. ECF No. 30.

8. The same day, Mr. Parker filed a Motion for Leave to File Amended Complaint. City Defendants consented to Mr. Parker's request for leave. ECF No. 31.

9. On June 11, 2024, this Court granted Mr. Parker's Motion for Leave to File Amended Complaint and ordered Mr. Parker to file his amended complaint by July 25, 2024. ECF No. 32.

10. On July 25, 2024, Mr. Parker filed his Amended Complaint. ECF No. 33.

11. City Defendants are required to respond to Mr. Parker's Amended Complaint by August 8, 2024 pursuant to Fed. R. Civ. P. 15(a)(3).

12. Mr. Parker's Amended Complaint contains additional factual allegations and claims against City Defendants. *See id.*, generally.

13. Undersigned counsel represents the City and five individually named defendants. Each individually named defendant's alleged involvement in Mr. Parker's alleged constitutional violations varies. *See* ECF No. 33.

14. Undersigned counsel believes if the parties cannot reach any agreements regarding their respective positions on the sufficiency of the Amended Complaint, she will file separate motions to dismiss and/or partial motions to dismiss addressing the claims specific to the City and each individual defendant.

15. On August 5, 2024, undersigned counsel contacted opposing counsel to request his consent to this motion and has not yet received a reply.

16. For these reasons, City Defendants respectfully request thirty (30) additional days to respond to Mr. Parker's Amended Complaint.

    Respectfully submitted:

    KRYSIA KUBIAK
    City Solicitor

    */s/ Hillary M. Weaver, Esq.*
    Hillary M. Weaver, Esq.
    Assistant City Solicitor
    PA ID No. 322545
    City of Pittsburgh Law Department
    414 Grant Street
    Pittsburgh, PA 15219
    Hillary.Weaver@pittsburghpa.gov
    *Counsel for Defendants City of Pittsburgh, Mayor Edward Gainey, Chief Larry Scirotto, Detective Kerry Ford, Detective Michael Gay, and Detective Lawrence Ferrilli*