IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) |
| Plaintiff, | ) No. 2:23-cv-2102 |
| v. | ) |
| EDWARD C. GAINEY, et al., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**SUPPLEMENT TO MOTION TO EXTEND TIME FOR CITY DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants the City of Pittsburgh, Mayor Edward Gainey, Chief Larry Scirotto, Detective Kerry Ford, Detective Michael Gay, and Detective Lawrence Ferrilli ("City Defendants"), by and through their undersigned counsel, respectfully submit this Supplement to Motion to Extend Time for City Defendants to Respond to Plaintiffs' Amended Complaint.

1. On July 25, 2024, Mr. Parker filed an Amended Complaint. ECF No. 33.

2. City Defendants are required to respond to Mr. Parker's Amended Complaint by August 8, 2024 pursuant to Fed. R. Civ. P. 15(a)(3).

3. On August 7, 2024, City Defendants filed a Motion to Extend Time for City Defendants to Respond to Plaintiff's Amended Complaint. ECF No. 36.

4. Therein, undersigned counsel noted that she contacted opposing counsel on August 5, 2024, to request his consent to the Motion to Extend Time for City Defendants to Respond to Plaintiff's Amended Complaint motion and had not yet received a reply. *Id.* ¶ 15.

5. Since the filing of the Motion to Extend Time, undersigned counsel conferred with opposing counsel. Undersigned counsel learned she had attempted to contact opposing counsel at an incorrect e-mail address on August 5, 2024. Undersigned counsel also received opposing counsel's consent for the thirty (30) day extension requested at ECF No. 36.

6. City Defendants therefore file this supplement to indicate opposing counsel's consent to ECF No. 36 as required by the Court's Practices and Procedures at Section II(g).

7. The parties are continuing to confer regarding whether they can agree on any amendments or whether undersigned counsel will file motions pursuant to Fed. R. Civ. P. 12.

Respectfully submitted:

KRYSIA KUBIAK
City Solicitor

*/s/ Hillary M. Weaver, Esq.*
Hillary M. Weaver, Esq.
Assistant City Solicitor
PA ID No. 322545
City of Pittsburgh Law Department
414 Grant Street
Pittsburgh, PA 15219
Hillary.Weaver@pittsburghpa.gov
*Counsel for Defendants City of Pittsburgh, Mayor Edward Gainey, Chief Larry Scirotto, Detective Kerry Ford, Detective Michael Gay, and Detective Lawrence Ferrilli*