IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) <br> ) <br> )   No. 2:23-cv-2102 <br> ) <br> ) <br> ) <br> )   JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| EDWARD C. GAINEY, et al., | |
| Defendants. | |

## ORDER OF COURT

**AND NOW**, this ____ day of _____, 2024, upon consideration of the Defendants City of Pittsburgh, Gainey, Scirotto, Ford, Gay, and Ferrilli's Motion to Extend Time for City Defendants to Respond to Plaintiff's Amended Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants City of Pittsburgh, Gainey, Scirotto, Ford, Gay, and Ferrilli will have an additional Fourteen (14) days, until September 20, 2024, to file a response to Plaintiff's Amended Complaint.

_____
J. Nicholas Ranjan
United States District Judge