COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: ALLEGHENY

**POLICE CRIMINAL COMPLAINT**
COMMONWEALTH OF PENNSYLVANIA
VS.

MDJ: PITTSBURGH MUNICIPAL COURT

Magisterial District Number: 05-0-03

Address: 660 FIRST AVENUE
PITTSBURGH, PA 15219

Phone: 412.350.6715

DEFENDANT:

(NAME and ADDRESS):

WILLIAM                                          PARKER

First Name          Middle Name          Last Name          Gen.

4808 BROWN WAY PITTSBURGH, PA 15224

*DEFENDANT* (stamp)

NCIC Extradition Code Type

Distance: _____

## DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR 3411-23 | 6.17.23 | R 908770-2 | ASAP-776667/2391997 | ☐ Yes |

| GENDER MALE | DOB 08/27/1981 | POB | Add'l DOB | Co-Defendant(s) ☐ |
|---|---|---|---|---|

| RACE BLACK | | First Name | Middle Name | Last Name | Gen. |
|---|---|---|---|---|---|
| ETHNICITY | AKA | | | | |

| HAIR COLOR BLK (BLACK) | EYE COLOR BRO (BROWN) | |
|---|---|---|

| | | | WEIGHT (lbs.) |
|---|---|---|---|
| DNA | DNA Location | | 185 |
| FBI Number | MNU Number | | Ft. HEIGHT In. |
| Defendant Fingerprinted | | | 5    11 |
| Fingerprint Classification | | | |

## DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. Same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

name of the attorney for the Commonwealth)          (Signature of the attorney for the Commonwealth)          (Date)

I, KERRY FORD                                          40141
(Name of the Affiant)                                          (PSP/MPOETC -Assigned Affiant ID Number & Badge #

of CITY OF PITTSBURGH                                          PAPPD0000
(Identify Department or Agency Represented and Political Subdivision)          (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. x  I accuse the above named defendant who lives at the address set forth above
   I accuse the defendant whose name is unknown to me but who is described as

   I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have, therefore, designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at _____301_____          PITTSBURGH CITY
                                                                         (Subdivision Code)          (Place-Political Subdivision)

In Allegheny County                    02                    on or about  06/17/2023    11:15
                                  (County Code)

AOPC 412A - Rev. 07/18

Page 1 of 4

Exhibit "A"

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number R 908770-2 | | Complaint/Incident Number ASAP-776667/2391997 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | Middle: | Last: PARKER | |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically. (Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. In addition, social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA Code §§213.1 – 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | | | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | 1 | 2702 | A3 | of the | 18 | 1 | F2 | | NCIC Offense Code | UCR/NIBRS Code |
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | | | |
| PennDOT Data (If applicable) | | Accident Number | | | | ☐ Safety Zone | | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

18 2702A3 AGGRAVATED ASSAULT F2    1 COUNT
The actor attempted to cause or intentionally or knowingly caused bodily injury to Det Mike Gay while in the performance of duty, as defined in section 2702(c), in violation of 18 Pa. C.S. §2702 (a)(3).

| Inchoate Offense | ☐ Attempt 18 901 A | | | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 5503 | A1* | of the | 18 | 1 | M3 | | NCIC Offense Code | UCR/NIBRS Code |
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | | | |
| PennDOT Data (If applicable) | | Accident Number | | | | ☐ Safety Zone | | | ☐ Work Zone | |

Statute Description/Acts of the accused associated with this Offense:

18 5503A1* DISORDERLY CONDUCT M3    1 COUNT
The actor, with intent to cause substantial harm or serious inconvenience or if the actor persisted in disorderly conduct after reasonable warning to desist, engaged in fighting or threatening, or in violent or tumultuous behavior, in violation of 18 Pa.C.S. §5503(a)(1) and (b).

AOPC 412A - Rev. 09/08

## 🏴 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | | R 908770-2 | | ASAP-776667/2391997 |
| Defendant Name | First: WILLIAM | Middle: | | Last: PARKER |

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **3** | 5503 | A2* | of the | 18 | 1 | M3 | | |
| Lead? | Offense# Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

18 5503A2* DISORDERLY CONDUCT M3    1 COUNT
    The actor, with intent to cause substantial harm or serious inconvenience or if the actor persisted in disorderly conduct after reasonable warning to desist, made unreasonable noise, in violation of 18 Pa.C.S. §5503(a)(2) and (b).

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **4** | 5503 | A3* | of the | 18 | 1 | M3 | | |
| Lead? | Offense# Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

18 5503A3* DISORDERLY CONDUCT M3    1 COUNT
    The actor, with intent to cause substantial harm or serious inconvenience or if the actor persisted in disorderly conduct after reasonable warning to desist, used obscene language, or made an obscene gesture, in violation of 18 Pa.C.S. §5503(a)(3) and (b).

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **5** | 5503 | A4 | of the | 18 | 1 | S | | |
| Lead? | Offense# Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

18 5503A4 DISORDERLY CONDUCT S    1 COUNT
    The actor, with intent to cause public inconvenience, annoyance or alarm, or recklessly created a risk thereof, created a hazardous or physically offensive condition an act or acts which served no legitimate purpose, in violation of 18 Pa.C.S. §5503(a)(4).

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number R 908770-2 | | Complaint/Incident Number ASAP-776667/2391997 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: | Last: PARKER |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered      through

5. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than nonconfidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited. (Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

_____      06/17/2023      /KERRY FORD/          _____
                                                                    (Signature of Affiant)
              (Date)

AND NOW, on this date   6/17/2023   I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

05-2-22

_____      _____
(Magisterial District Court Number)    (Issuing Authority)

CRAIG C. STEPHENS,
MAGISTERIAL DISTRICT JUDGE
MAGISTERIAL DISTRICT 05-2-22
MY COMMISSION EXPIRES ON THE
FIRST MONDAY IN JANUARY, 2028

AOPC 412A - Rev. 09/08

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number R 908770-2 | | Complaint/Incident Number ASAP-776667/2391997 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: | Last: PARKER |

## AFFIDAVIT of PROBABLE CAUSE

1.  **WHEN:**

    a)  Date when Affiant received information:

    6/17/2023

    b)  Date when the source of information (Police Officers, Informant, Victim, Co-Defendant, Defendant, etc.) received information:

    6/17/2023

2.  **HOW:**

    a)  How Affiant knows this particular person commited crime: (personal observation, defendant's admissions, etc.):

    Personal Observation

    b)  How the source of information knows this particular person committed the crime:

    Personal Observation

    c)  How both Affiant and/or source of information knows that a particular crime has been commited:

    Personal Observation

3.  **WHAT CRIMES:**

    18 2702 A3 AGGRAVATED ASSAULT
    18 5503 A1* DISORDERLY CONDUCT
    18 5503 A2* DISORDERLY CONDUCT
    18 5503 A4 DISORDERLY CONDUCT
    18 5503 A3* DISORDERLY CONDUCT

4.  **WHERE CRIME(S) COMMITTED:**

    1300 BLOCK CENTRE AVE.

5.  **WHY AFFIANT BELIEVES THE SOURCE OF INFORMATION:**

    X   Source is presumed reliable, i.e. other Police Officer, Eyewitness, Victim of Crime, etc.

    Source has given information in the past which has led to arrest and/or conviction

    Defendant's reputation for criminal activity

    This source made declaration against his/her penal interest to the above offense

    X   Affiant and/or other Police Officers corroborated details of the information

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number R 908770-2 | | Complaint/Incident Number ASAP-776667/2391997 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: | Last: PARKER |

On Saturday June 17, 2023, at approximately 1115 hours, I, Detective Ford, encountered William Parker near the intersection of Centre Avenue and Crawford Street in the city's Hill District. While working in a plain clothes capacity, my assignment was to follow and provide immediate protection for Pittsburgh Mayor Ed Gainey. I am assigned to the Pittsburgh Bureau of Police's Intelligence Unit, more specifically the Mayor's Protective Service Detail. Working in this plain clothes capacity it is common that I do not present any Pittsburgh Police insignia on my outer clothing or utilize a body worn camera as the assignment is under cover.

During this time as I was following closely to Mayor Gainey, I was being assisted by Pittsburgh Police Detective Michael Gay. Our assignment on this day was to escort Mayor Gainey as he marched with participants of Pittsburgh's Juneteenth Parade. At approximately 1115 hours I observed Mayor Gainey and William Parker exchange brief head and hand gestures towards each other as Parker attempted to gain Mayor Gainey's attention, with what appeared to be a handshake. Mayor Gainey acknowledged Parker but did not shake his hand. It should be noted that Parker has an extensive history at making very disruptive appearances at public events that Mayor Gainey attends. Detectives are well aware of whom William Parker is based on our prior incidents in which Parker has been escorted away by uniformed officers. Parker also recognizes both Detective Gay and me as police officer's, having addressed us as such in the past. As Mayor Gainey walked past Parker, not extending a handshake, Parker immediately became visibly upset and started to scream verbal insults at Mayor Gainey. Parker, amongst a very large crowd and following within arm's reach of Mayor Gainey, shouted out that Mayor Gainey was a clown and addressed him as "Mayor Goofy." At this point Mayor Gainey continued to walk along the 1300 block of Centre Avenue as the parade was beginning. Parker, being visibly upset, continued to scream very loudly, attempting to close his distance to the mayor. Mayor Gainey still did not personally acknowledge Parker as he attempted to march along. Parker screamed that Mayor Gainey was not black and continued to tell him to take off the beads he was wearing around his neck. As Parker continued to scream loudly, spectators that were in very close proximity started to become concerned, verbally expressing their worries, some asking Parker to calm down. Parker continued to scream towards Mayor Gainey that he would show up at his house again. There are prior incidents that Parker has "protested" outside of Mayor Gainey's residence using a megaphone. These incidents were resolved with police advising Parker that he did not have a right to be there while being disorderly.

As Parker continued to be disruptive amongst the very large crowd Mayor Gainey ignored him and marched along. It was then that I advised Parker he needed to give Mayor Gainey more space and that he was being disorderly. Parker ignored me and continued to shout, using obscenities. Mayor Gainey witnessed me advise Parker but still attempting to keep my body positioned between Parker and Mayor Gainey. As we attempted to continue walking Parker was now on my left side and I could see him with my peripheral vision. It was at this moment I could hear Detective Gay advising Parker to back up and that he could not continue to elbow and shove people close to him, more specifically, Bethany Hallam, who was walking behind Mayor Gainey. Parker then screamed at Det. Gay stating, "I will elbow you too," shoving up against Det. Gay, causing Det. Gay to brace himself while staying between Parker and Hallam. At that point Det. Gay took control of Parker's left arm to detain him. While noticing this and still trying to keep my attention on Mayor Gainey, I quickly assisted Det. Gay. Given the circumstances of the large crowd, the multiple times that Parker was advised to create space and his lack of adherence to police authority, I made an aggressive move towards Parker. I forcefully shoved Parker back with my left forearm as I took control of him by turning him away from me to grab his left wrist. Det. Gay was still holding Parker's left arm as I got Parker to ground with a leg sweep and forcefully handcuffed him.

Once Parker was detained, we assisted him to his feet, and I requested assistance from nearby plain clothes detectives. Detectives Novak and Ferrilli arrived as we escorted Parker to the sidewalk, away from the parade. As we awaited a patrol unit to transport Parker, Det. Novak utilized her body worn camera as Parker continued to shout, using obscenities. At this point I regained my position with Mayor Gainey at Fifth and Ross avenues along the parade route. Officer Strano (unit 3224) arrived and transported Parker to the Allegheny County Jail without incident.

Page 2 of 3

🏛 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number R 908770-2 | | Complaint/Incident Number ASAP-776667/2391997 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: | Last: PARKER |

I,      KERRY FORD     , BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

/KERRY FORD/

(Signature of Affiant)

Sworn to me and subscribed before me this  17  day of  JUNE  2023

6/17/2023 Date

, Magisterial District Judge

My commission expires first Monday of January, 2028

CRAIG C. STEPHENS,
MAGISTERIAL DISTRICT JUDGE
MAGISTERIAL DISTRICT 05-2-22
MY COMMISSION EXPIRES ON THE
FIRST MONDAY IN JANUARY, 2028

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



# Preliminary Arraignment Notice

| Mag. Dist. No: | MDJ-05-0-03 |
|---|---|
| MDJ Name: | Honorable Kim Berkeley Clark |
| Address: | Pittsburgh Municipal Court<br>660 First Avenue<br>Pittsburgh, PA  15219 |
| Telephone: | 412-350-6715 |

Commonwealth of Pennsylvania
v.
William Parker

William  Parker
4808 Brown Wy
Pittsburgh, PA  15224

| Docket No: | MJ-05003-CR-0003411-2023 |
|---|---|
| Case Filed: | 6/17/2023 |
| OTN: | R 908770-2 |
| Comp/Cit #: | ASAP-776667 |

Your Role: Defendant

## Charge(s)

| | |
|---|---|
| 18 § 2702 §§ A3 (Lead) | AGGRAVATED ASSAULT |
| 18 § 5503 §§ A1* | DISORDERLY CONDUCT |
| 18 § 5503 §§ A2* | DISORDERLY CONDUCT |

A Preliminary Arraignment has been scheduled for the above captioned case to be held on/at:

| Date: **Sunday, June 18, 2023** | Place: | Magisterial District Court 05-0-04,  Pittsburgh<br>Pittsburgh Municipal Court<br>660 First Avenue<br>Pittsburgh, PA  15219<br>412-350-6715 |
|---|---|---|
| Time: **12:56 AM** | | |

At the preliminary arraignment, you will be given a copy of the criminal complaint that has been filed against you.  In addition, you will be advised of your right to counsel, your right to a preliminary hearing, and the amount and types of bail available if your offense is a bailable offense.

At the preliminary arraignment, a date and time will be fixed for your preliminary hearing and you will be given a reasonable opportunity to post bail.  If bail is not posted, you may be committed according to law.

If you have any questions, please call the above office immediately.

June 18, 2023
_____
Date

_____
Magisterial District Judge Anthony M. Ceoffe

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at https://ujsportal.pacourts.us/PAePayFCR to make a payment.

MDJS 308
Printed: 06/18/2023  1:34:56AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419