IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER | ) | No. 2:23-cv-2102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| EDWARD C. GAINEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, to wit, this _____ day of _____, 2024, upon consideration of the Plaintiff's

Motion for Leave to File a Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), it is

hereby **ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED**.  Plaintiff shall file

the Second Amended Complaint on or before the 23rd day of September 2024

BY THE COURT:

_____
J. Nicholas Ranjan
United States District Judge