IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) |
| | ) |
| Plaintiff, | ) No. 2:23-cv-2102 |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF CONFERRAL**

Undersigned counsel for Defendant the City of Pittsburgh certifies that she has made good-faith efforts to confer with Mr. Parker's counsel to determine whether the identified pleading deficiencies may be cured by amendment.

Respectfully submitted,

KRYSIA KUBIAK
City Solicitor

*/s/ Hillary M. Weaver*
Hillary M. Weaver, Esquire
Assistant City Solicitor
PA I.D. No. 322545
City of Pittsburgh Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219
(412) 255-2014
hillary.weaver@pittsburghpa.gov
*Counsel for the City of Pittsburgh*