IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PARKER, | ) ) ) | No. 2:23-cv-2102 |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2024, upon consideration of Defendant Edward Gainey's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

J. Nicholas Ranjan
United States District Judge