# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WILLIAM PARKER, | ) |
| Plaintiff, | ) No. 2:23-cv-2102 |
| v. | ) |
| EDWARD C. GAINEY, et al., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2024, upon consideration of Defendant Scirotto, Ford, Gay, and Ferrilli's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The following claims are dismissed:

- *Chief Scirotto:* Fourth Amendment malicious prosecution (Count III), state law malicious prosecution (Count XI), Fourth Amendment unlawful search and seizure (Count V), and civil conspiracy (Count VI)

- *Detective Ford*: Fourth Amendment unlawful search and seizure (Count V) and civil conspiracy (Count VI)

- *Detective Gay:* Fourth Amendment malicious prosecution (Count III), state law malicious prosecution (Count XI), Fourth Amendment unlawful search and seizure (Count V), and civil conspiracy (Count VI)

- *Detective Ferrilli:* Fourth Amendment malicious prosecution (Count III), state law malicious prosecution (Count XI), and Fourth Amendment failure to intervene (Count VIII)

 

J. Nicholas Ranjan
United States District Judge