## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| WILLIAM PARKER, | ) | |
| | ) | No. 2:23-cv-2102 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| BETHANY HALLAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendant Bethany Hallam's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and any opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. All claims against Defendant Bethany Hallam set forth in Counts I, III, VI and XII of the Second Amended Complaint are dismissed with prejudice.

_____
J. Nicholas Ranjan
United States District Judge