IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD C. GAINEY, et al. <br><br> Defendants. | No. 2:23-cv-2102 <br><br> JURY TRIAL DEMANDED |

# **ORDER**

**AND NOW**, to wit, this _____ day of _____, 2024, upon consideration of the Plaintiff's Motion for Extension to File Omnibus Brief in Response to Defendants' Motions to Dismiss, it is hereby **ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED**. Plaintiff shall file an Omnibus brief in response on or before the 14th day of November 2024.

BY THE COURT:

_____
J. Nicholas Ranjan
United States District Judge