IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER | ) No. 2:23-cv-2102 |
| | ) |
| Plaintiff, | ) JURY TRIAL DEMANDED |
| | ) |
| v. | ) |
| | ) |
| EDWARD C. GAINEY, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Ryan Nye Gailey, Esquire, hereby certify that a true and correct copy of Plaintiff's SECOND AMENDED have been served this 24th day of September, 2024, by electronic mail and/or U.S. Postal Service, upon the following:

| | |
|---|---|
| Hillary Weaver<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2014<br>Email: hillary.weaver@pittsburghpa.gov | Juliana Tindall<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2015<br>Email: juliana.tindall@pittsburghpa.gov |
| Julie E. Koren<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2032<br>Email: julie.koren@pittsburghpa.gov | Krysia Kubiak<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2001<br>Email: krysia.kubiak@pittsburghpa.gov |
| Elisabeth Bennington<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776<br>Email: ebennington@bennington-law.com | Brad Korinski<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776<br>Email: bkorinski@bennington-law.com |

|  |  |
|---|---|
| Date: 09/24/2024 | Respectfully submitted,<br>SMT LEGAL<br>/s/Ryan Nye Gailey<br>Ryan Nye Gailey, Esquire<br>*Attorney for Plaintiff*<br>PA ID No. 329782<br>114 Smithfield Street<br>Pittsburgh, PA 15222<br>rgailey@smt.legal |