IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER ) | No. 2:23-cv-2102 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| EDWARD C. GAINEY, et al. ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I, Ryan Nye Gailey, Esquire, hereby certify that a true and correct copy of Plaintiff's PLAINTIFF'S OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS have been served this 14th day of November, 2024, by electronic mail and/or U.S. Postal Service, upon the following:

| | |
|---|---|
| Hillary Weaver<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2014<br>Email: hillary.weaver@pittsburghpa.gov | Juliana Tindall<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2015<br>Email: juliana.tindall@pittsburghpa.gov |
| Julie E. Koren<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2032<br>Email: julie.koren@pittsburghpa.gov | Krysia Kubiak<br>City of Pittsburgh<br>Law Department<br>414 Grant Street<br>Ste 3rd Floor<br>Pittsburgh, PA 15219<br>412-255-2001<br>Email: krysia.kubiak@pittsburghpa.gov |
| Elisabeth Bennington<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776 | Brad Korinski<br>Bennington Law Firm, LLC<br>Pennsylvania<br>5854 Ellsworth Avenue<br>Pittsburgh<br>Pittsburgh, PA 15232<br>412-404-8776 |

| Email: ebennington@bennington-law.com | Email: bkorinski@bennington-law.com |
|---|---|

                                                        Respectfully submitted,

                                                        SMT LEGAL

Date: 11/14/2024                          /s/Ryan Nye Gailey
                                                      Ryan Nye Gailey, Esquire
                                                       *Attorney for Plaintiff*
                                                       PA ID No. 329782
                                                       114 Smithfield Street
                                                       Pittsburgh, PA 15222
                                                       rgailey@smt.legal