IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PARKER, | ) No. 2:23-cv-2102 |
| Plaintiff, | ) |
| v. | ) JURY TRIAL DEMANDED |
| EDWARD C. GAINEY, et al. | ) |
| Defendants. | ) |

### ORDER

**AND NOW**, to wit, this _____ day of _____, 2024, upon consideration of the Plaintiff's Omnibus Brief in Response to Defendants' Motions to Dismiss, it is hereby **ORDERED** and **DECREED** that the Plaintiff's Motion is **GRANTED** as to Counts _____. Counts 6 is hereby dismissed as to all Defendant's and Counts 3, 8 & 11 as to Detective Ferrilli.

BY THE COURT:

_____
J. Nicholas Ranjan
United States District Judge